AARON D. FORD
  Attorney General
DAVID A. BAILEY, Bar No. 13661
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail:  dabailey@ag.nv.gov

*Attorneys for Defendants under*
*Limited Notice of Appearance*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELIPE P. LAZOS, JR., | Case No.  3:22-cv-00099-RCJ-CLB |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME [FIRST REQUEST]** |
| ERIN PARKS, et al., | |
| Defendant. | |

Defendants Michael Minev and Erin Parks, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and David A. Bailey, Deputy Attorney General, hereby request this Court to extend Defendants' deadline to respond to Plaintiff Felipe Lazos, Jr.'s Emergency Motion (ECF No. 3).  This motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), LR 1A 6-1, the following Memorandum of Points and Authorities, and all papers and pleadings on file in this case, and such other and further information as this Court may deem appropriate to consider.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.    RELEVANT FACTS AND PROCEDURAL HISTORY

This is a pro se prisoner civil rights action brought by inmate Plaintiff Filipe Lazos, Jr. (#67232), currently housed at Lovelock Correctional Center, asserting claims arising under 42 U.S.C. § 1983.  ECF No. 8.  Following judicial screening under 42 U.S.C. § 1915A,

1   the Court allowed one claim to proceed alleging deliberate indifference to a serious medical

2   need.  ECF No. 7 at 6.

3   **II.     ARGUMENT**

4          Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR*

5   *Mfg, Inc.*, 627 F.3d 402, 404 (citations omitted), and to "achieve the orderly and expeditious

6   disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). "Such power is

7   indispensable to the court's ability to enforce its orders, manage its docket, and regulate

8   insubordinate . . . conduct." *See Wallace v. U.S.A.A. Life General Agency, Inc.*, 862 F. Supp.

9   2d 1062, 1068 (D. Nev. Sept. 30, 2010) (*citing Mazzeo v. Gibbons*, No. 2:08–cv01387–RLH–

10  PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).   LR IA 6-1 discusses requests for

11  continuances.  The rule states:

12
13          (a)   A motion or stipulation to extend time must state the reasons
            for the extension requested and must inform the court of all
            previous extensions of the subject deadline the court granted.
14          (Examples: "This is the first stipulation for extension of time to
            file motions." "This is the third motion to extend time to take
15          discovery.")

16          This is the first request to extend this deadline and is requested for good cause.

17  Defendants' research into Plaintiff's claims has revealed that the procedure he has

18  requested has been approved and is in the process of being scheduled.   Defendants,

19  therefore, request a seven-day extension of time to respond to Plaintiff's Emergency

20  Motion.

21          This request for an additional week to respond will not hinder Lazos's prosecution of

22  his case.  Defendants assert that the requisite good cause is present to warrant the

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  requested extension of time, and that this request is made in good faith and not for the

2  purpose of delay.

3        DATED this 13th day of May 2022.

4                                        AARON D. FORD
                                         Attorney General
5

6                                   By:    /s/ David A. Bailey
                                         DAVID A. BAILEY, Bar No. 13661
7                                          Deputy Attorney General

8                                        *Attorneys for Defendant*

9

10

11

12                                       iT IS SO ORDERED.

13                                       Dated:  May 16, 2022

14

15
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this13th day of May, 2022, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME [FIRST REQUEST]**, U.S. District Court CM/ECF Electronic Filing to:

Felipe P. Lazos, Jr., #67232
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419-5110

                                            */s/ Karen Easton*
                                            An employee of the
                                            Office of the Attorney General