# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FELIPE LAZOS, JR., | Case No. 3:22-cv-00099-RCJ-CLB |
| Plaintiff, | |
| v. | ORDER TO DISMISS WITH PREJUDICE |
| ERIN PARKS, et al., | |
| Defendants. | |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Felipe Lazos, Jr., *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 16th day of August, 2022.　　　DATED this 25th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

/s/ Felipe Lazos
FELIPE LAZOS, JR. #67232　　　　　　　　By: /s/ William Shogren
Plaintiff, *Pro Se*　　　　　　　　　　　　William P. Shogren, (Bar No. 14619)
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___August 25,_____, 2022.

　　　　　　　　　　　　　　　　　　　　　　/s/ R. James
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE